# Court of Appeals
# of the State of Georgia

ATLANTA,___April 22, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1326. JAMES REED v. THE STATE.**

James Reed has appeared before this Court on numerous occasions. Reed was convicted of burglary and other crimes in 1998, and his convictions were affirmed by this Court. *Reed v. State*, Case No. A99A0222 (April 1, 1999). He subsequently filed a number of post-conviction motions, resulting in direct appeals and applications to this Court, all of which ultimately were either denied or dismissed.[1] In this latest appeal, Reed seeks review of the trial court's order denying his "Motion for Out of Time Direct Appeal." This order, however, is not subject to direct appeal.

Because Reed has already had a direct appeal, he cannot appeal from the trial court's denial of his motion for an out-of-time appeal. See *Richards v. State*, 275 Ga 190 (563 SE2d 856) (2002). Moreover, "[i]t is well established that any issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court, and that the law of the case doctrine is not confined to civil cases, but applies also to rulings made by appellate courts in criminal cases." (Citation and punctuation omitted.) *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011). Prior to this

---

[1] See Case Nos. A04A0044 (appeal from denial of motion for new trial; dismissed on August 27, 2003); A06A0268 (appeal from denial of motion challenging the legality of his sentence; dismissed on November 18, 2005); A07D0208 (application for discretionary appeal from denial of motion to set aside the verdict and vacate the judgment; denied on April 2, 2007); A11D0101 (application for discretionary appeal from denial of motion to correct his sentence; granted on November 3, 2010, but direct appeal was subsequently dismissed in A13A0765 on December 21, 2012); A13A2362 (appeal from motion to probate remaining sentence; dismissed on October 2, 2013).

appeal, Reed filed numerous appeals challenging orders of the trial court, and these appeals essentially raised the same issues Reed argues in his motion for out of time appeal. These issues have already been disposed of or otherwise waived by Reed in prior appellate proceedings. We are precluded from revisiting an issue that has already been decided. See *Ross*, supra at 328. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,*____04/22/2015____

  *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ , *Clerk.*